UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | |
| - v. - | **ORDER** |
| HERBERT BULLOCK, | **21 Cr. 112 (NSR)** |
| Defendant. | |

Upon the application of the United States of America, by and through Audrey Strauss, United States Attorney for the Southern District of New York, and Michael D. Maimin, Assistant United States Attorney, of counsel, and with the consent of defendant Herbert Bullock, by his attorney Jason I. Ser, Esq.,:

WHEREAS, the pre-trial conference in this case has been continued from January 27, 2022, to March 1, 2022, at 2:00 p.m.; and

WHEREAS the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because, among other things, it will allow the parties to finalize their planned disposition and schedule a change-of-plea hearing, and also allow Bullock to recover from COVID-19;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/26/2022___

IT IS HEREBY ORDERED that the time between and including January 26, 2022 and March 1, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:      White Plains, New York   SO ORDERED.
              January 26, 2022

_____

THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Clerk of Court is requested to terminate the motion (doc. 18).

2