UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                  **MEMORANDUM**

      -against-                                      7:21-cr-112-NSR

Herbert Bullock

                            Defendant.
------------------------------------------------------------X

TO:   Nelson S. Román, United States District Judge:

       Please find attached a transcript of the March 2, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: March 11, 2022
       White Plains, New York

                                                 Respectfully Submitted,

                                                 s/ Paul E. Davison

                                                 _____
                                                 PAUL E. DAVISON
                                                 United States Magistrate Judge