**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 23, 2022

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Herbert Bullock*, 21-cr-112-1 (NSR)

Dear Honorable Judge Román:

I write to request an adjournment of Mr. Bullock's sentencing, which is currently scheduled for September 22, 2022, to any date on or after November 14, 2022.

The requested adjournment will allow the undersigned to gather additional letters of support from the client's friends and family. Additionally, the undersigned is spending the latst week of August on a long-planned vacation and most of September preparing for a trial that begins September 28, 2022.

I have discussed this request with Assistant United States Attorney Michael Maimin, who has no objection. The client is out on bond and has been in full compliance with his pretrial conditions. He is working, caring for his family, and has no objection to this continuance.

Therefore, Mr. Bullock respectfully requests his sentencing be adjourned to any date on or after November 14.

Sincerely,

Rachel S. Martin
Assistant Federal Defender

cc:   Michael Maimin, AUSA

---

Deft's request to adjourn the in-person Sentencing from Sept. 22, 2022 until Nov. 30, 2022 at 10:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 30.
Dated: White Plains, NY
        Aug. 25, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022