UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

HERBERT BULLOCK,

Defendant

ORDER OF RESTITUTION

21 Cr. 112 (NSR)

WHEREAS, on February 22, 2021, HERBERT BULLOCK, the defendant, was charged in a two-count one-count information, 21 Cr. 112 (NSR) (the "Indictment") with one count of theft concerning programs receiving Federal funds, in violation of 18 U.S.C. § 666(a)(1)(A) (Count One); and one count of theft of public money, property, and records, and aiding and abetting the same, in violation of 18 U.S.C. §§ 641 and 2 (Count Two); and

WHEREAS, on March 2, 2022, BULLOCK pleaded guilty to Count One of the Indictment pursuant to a plea agreement, which plea agreement contemplated, among other things, that BULLOCK would pay restitution of $35,000; and

WHEREAS, on November 30, 2022, this Court sentenced BULLOCK and, among other things, ordered BULLOCK to pay restitution of $35,000;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT pursuant to 18 U.S.C. §§ 3663 and 3663A, HERBERT BULLOCK, the defendant, shall make restitution in the amount of $35,000 to the Clerk, U.S. District Court, for disbursement, in its entirety, to:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2022

       City of Poughkeepsie Economic Development Loan Fund
       Attn: Jacklyn Greenwald
       Director of Social Development
       62 Civic Center Plaza
       Poughkeepsie, New York 12601
       Memo: Repayment-Ineligible ED Loan-Guavaberry

IT IS FURTHER ORDERED that the Government may provide the Clerk of the Court with information about the victim listed above, including contact addresses, or updated information by writing to the Clerk of the Court, and the Clerk of the Court shall this treat this Order as if it were amended with that information without further order of the Court.

IT IS FURTHER ORDERED that, upon commencement of supervised release, to the extent that BULLOCK's restitution obligations have not yet been satisfied in full, BULLOCK shall pay restitution in monthly installments to be determined by the United States Probation Office, but in no event shall those payments be less than 15% of BULLOCK's gross monthly income.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victims of the offense in this case.

SO ORDERED:

Dated:    White Plains, New York
           December 19, 2022

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK